Theodore B. GOULD, Plaintiff—Appellant,

v.

UNITED STATES of America; Commissioner of Internal Revenue Service; Joseph Deleon; Richard L. Grubaugh; Barbara Petrohovich; William Martin; Charles Pine; Ann M. Welhaf; and Others, Defendants—Appellees.

No. 08–1007.

United States Court of Appeals, Fourth Circuit.

Submitted: May 29, 2008.

Decided: June 4, 2008.

Theodore B. Gould, Appellant Pro Se. Ivan C. Dale, United States Department of Justice, Washington, D.C., for Appellees.

Before TRAXLER, GREGORY and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theodore B. Gould appeals from the district court's orders: (1) dismissing his complaint in which he alleged conspiracy and fraud and sought a refund of taxes and compensatory damages, and (2) denying his motion for reconsideration of the order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Gould v. United States*, No. 3:06–00008–nkm, 2007 WL 2325177 (W.D.Va. Aug. 9, 2007) & 2007 WL 3046339 (Oct. 16, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*